IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **RYAN L REYNOLDS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:14CV65** |
| | ) | |
| V. | ) | |
| | ) | |
| **ACTING COMM'R S CAROLYN W.** | ) | **ORDER** |
| **COLVIN, Acting Comm'r of Social** | ) | |
| **Security,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

    Plaintiff has submitted a motion to proceed in forma pauperis (filing 5).  After reviewing the request, I shall waive payment of fees and grant Plaintiff leave to proceed in forma pauperis.

    **IT IS ORDERED:**

    Plaintiff's motion to proceed in forma pauperis (filing 5) is granted. The Clerk of Court shall file the original complaint and the accompanying pleadings without the prepayment of costs or fees.

    **DATED March 3, 2014.**

                          **BY THE COURT:**

                          **S/ F.A. Gossett**
                          **United States Magistrate Judge**